IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

    Plaintiff,                      No. 2:11-cv-1822 KJN P

    vs.

TIM VIRGA, Warden, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission and submit the following documents to the court:

4  a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5  and

6  b. a certified copy of plaintiff's prison trust account statement for the six
7  month period immediately preceding the filing of the complaint.

8  2. The Clerk of the Court is directed to send plaintiff a new Application to
9  Proceed In Forma Pauperis By a Prisoner; and

10 3. Plaintiff's failure to comply with this order may result in the dismissal of this
11 action without prejudice.

12 DATED: July 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kilg1822.3c

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

      Plaintiff,                        No. 2:11-cv-1822 KJN P

     vs.

TIM VIRGA, Warden, et al.,          NOTICE OF SUBMISSION

      Defendants.

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      _____      Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                                                             Plaintiff